UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AVTAR SINGH,

Petitioner,

v.

TODD BLANCHE et al.,

Respondents.

CASE NO. 2:26-cv-02838-JNW

ORDER

Petitioner Avtar Singh has moved for a temporary restraining order. Dkt. No. 8. Singh is currently detained at the Northwest ICE Processing Center in Tacoma, Washington. Singh, through counsel, alleges that on August 12, 2026, the Government notified Singh's counsel that it intends to remove Singh from the country immediately, before this Court can rule on his pending habeas petition and regardless of the notice requirements in the court's scheduling order. Dkt. No. 8 ¶ 12. On August 13, 2026, at around 4:00 p.m. the Government filed a notice on the docket indicating that it intends to remove Singh upon expiration of the 72-hour notice requirement set forth in the scheduling order.

Under these circumstances, Singh's imminent removal threatens to moot his pending habeas petition before the Court can act. The Court therefore invokes its authority to grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

Accordingly, the Court orders as follows:

1. Petitioner's motion for a temporary restraining order, Dkt. No. 8, is GRANTED for the purpose of maintaining the status quo so that the Court may review the merits of the TRO motion after full briefing. The Court reserves ruling on all other aspects of the motion.
2. Respondents are PROHIBITED from removing Petitioner to any country or from the Northwest ICE Processing Center to any other detention facility during the pendency of these proceedings, without further order, unless necessary for medical evaluation, medical treatment, or release.
3. Respondents may file a response, if any, to Petitioner's TRO motion by 5:00 p.m. (PT) on August 18, 2026. No reply is permitted.

Dated this 14th day of August, 2026.

Jamal N. Whitehead
United States District Judge